1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10
11   **SERGIO INIGUEZ,**                    )        **NO. CV 12-00975-SVW (MAN)**
12                   **Petitioner,**         )
13        **v.**                            )        **ORDER ACCEPTING FINDINGS AND**
                                             )        **RECOMMENDATIONS OF UNITED**
14   **MARVIN BITER, WARDEN,**              )        **STATES MAGISTRATE JUDGE**
15                   **Respondent.**         )
16   _____       )
17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Petition for Writ

19   of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United

20   States Magistrate Judge ("Report"), and Petitioner's Objections to the Report.  The Court has

21   conducted a *de novo* review of those matters to which objections have been stated in writing.

22

23        Petitioner, through his counsel, asserts that the United States Magistrate Judge failed to

24   address an ineffective assistance of counsel claim alleged in Ground One of the Petition.  It is

25   unclear why counsel makes this assertion, given that the Report expressly addresses this

26   ineffective assistance claim at pages 16-18.  The Court has considered Petitioner's remaining

27   objections and concludes that they do not alter the findings, analysis, or conclusions set forth in

28   the Report.

1    Having completed its review, the Court accepts the findings and recommendations set forth

2  in the Report. Accordingly, IT IS ORDERED that:  (1) the Petition is DENIED; and (2) Judgment

3  shall be entered dismissing this action with prejudice.

4

5  DATED: _____1/13/16_____.

6

7                                              _____
                                               STEPHEN V. WILSON
                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28