JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO INIGUEZ,<br><br>    Petitioner,<br><br>v.<br><br>MARTIN BITER, WARDEN,<br><br>    Respondent. | NO. CV 12-00975-SVW (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: __1/13/16__.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE